Case 3:99-cv-01516-LAB-AJB   Document 249   Filed 03/09/04   PageID.9481   Page 1 of 3
USDC SCAN INDEX SHEET











```
RYC    3/9/04    9:37
3:99-CV-01516    MADDEN V. DELOITTE & TOUCHE
*249*
*O.*
```

FILED

04 MAR -9 AM 8:49

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MADDEN, MD, et al, | Civil No. 99cv1516 W (AJB) |
| Plaintiff, | |
| v. | ORDER FOLLOWING SETTLEMENT STATUS CONFERENCE |
| DELOITTE & TOUCHE, LLP, et al, | |
| Defendants. | |

On March 5, 2004, the Court convened a Settlement Status Conference in the Above action. Appearing were Philip Borowsky, Esq., Chris Hayes, Esq. and Deborah Bishop, Esq. on behalf of plaintiff; Collin Murray, Esq. on behalf of defendant Flam and Jill Parry on behalf of the individual defendants; Jeff Light, Esq. on behalf of the FPA class plaintiffs; Steve Shuman, Esq. on behalf of plaintiff Amin; Gen Curving, Esq. on behalf of the Trustee in the Delaware litigation.

Counsel report that the Bankruptcy Court has approved the settlement and a stipulation is now before the district judge in Delaware for entry. Upon entry, the funds can be wired to plaintiffs' counsel bringing the entire transaction to an end.

///

///

///

///

99cv1516

1   To assist counsel, as necessary, the Court sets another telephonic Settlement Status Conference
2   for *March 22, 2004 at 9:30 a.m.* Mr. Borowsky will make arrangements for the conference call. If the
3   stipulation is entered and the funds wired in advance of that date, Mr. Borowsky will cancel the
4   conference and advise all counsel.

6   IT IS SO ORDERED.

8   Dated: 3/5/04

   ANTHONY J. BATTAGLIA
   United States Magistrate Judge

11
12   cc: Judge Whelan
     All Counsel of Record